[No. 44245-7-I.    Division One.    January 18, 2000.]

GARY TANNER, JR., *Appellant*, v. THE CITY OF FEDERAL WAY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-16200-9, Robert H. Alsdorf, J., entered November 4, 1998. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Cox, JJ. Now published at 100 Wn. App. 1.

[No. 44386-1-I.    Division One.    January 18, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. D.D.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-01933-8, Liem E. Tuai, J., entered May 7, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 23039-9-II.    Division Two.    January 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY J. FASANO, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00659-1, David R. Draper, J., entered March 4, 1998. *Reversed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 23315-1-II.    Division Two.    January 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RODERICK HUNT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-05277-9, Bryan Edward Chushcoff, J., entered April 14, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Houghton, JJ.